UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ULLICO CASUALTY COMPANY, INC.,

        Plaintiff,

v.                                Case No. 3:10-cv-1023-J-20JRK

JACKSONVILLE TRANSPORTATION
GROUP, LLC a/k/a YELLOW CAB SERVICE
CORP. OF FLORIDA, VELIDA GJONI,
KLOTZ WILSON and CULLAN F. MEATHE,

        Defendants.
_____/

## ORDER

This cause is before this Court on "Plaintiff Ullico Casualty Company, Inc.'s Motion for Final Default Judgment as it pertains to Defendant Jacksonville Transportation Group, LLC a/k/a Yellow Cab Service Corp. of Florida" (Dkt. 44). Defendant Yellow Cab choose to ignore the pleading.

Accordingly, it is hereby **ORDERED**:

1. "Plaintiff Ullico Casualty Company, Inc.'s Motion for Final Default Judgment as it pertains to Defendant Jacksonville Transportation Group, LLC a/k/a Yellow Cab Service Corp. of Florida" (Dkt. 44) is **GRANTED**;

2. In accordance with Fed. R. Civ. P. 55(b)(2), the Clerk shall enter Final Default Judgment in favor of Plaintiff Ullico Casualty Company, Inc. ("ULLICO") against Jacksonville Transportation Group, LLC a/k/a Yellow Cab Service Corporate ("YELLOW CAB") of Florida declaring that:

(a) YELLOW CAB materially breached the subject policy, Policy No. 08CA1254 by failing to cooperate with ULLICO;

(b) ULLICO has been substantially prejudiced by YELLOW CAB's failure to cooperate;

(c) Pursuant to the subject policy, ULLICO does not owe any indemnity to YELLOW CAB for any damages awarded against YELLOW CAB in favor of Defendant Klotz Wilson in the Underlying Lawsuit;

(d) ULLICO has no obligation to indemnify or pay damages to JACKSONVILLE TRANSPORTATION GROUP, LLC a/k/a YELLOW CAB SERVICE CORPORATION OF FLORIDA for an accident which occurred on February 26, 2009; and

(e) YELLOW CAB SERVICE CORPORATION OF FLORIDA/JACKSONVILLE TRANSPORTATION GROUP, LLC is estopped from pursuing a claim, defense and/or indemnity against ULLICO for an accident that occurred on February 26, 2009.

3. Furthermore, Plaintiff is directed to notify this Court within fourteen (14) days of this Order if there are any viable claims remain pending based on the entry of this Default Judgment.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of December, 2011.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Michael A. Packer, Esq.
Donald F. Black, Esq.